Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Matthew Tays |
| **Docket Number:** | 1:04CR05373-001 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/08/2005 |
| **Original Offense:** | 18 USC 371, Conspiracy to Manufacture and Pass Counterfeit United States Currency<br>(CLASS D FELONY) |
| **Original Sentence:** | 24 months BOP; 3 years TSR; $100 special assessment; $80 restitution |
| **Special Conditions:** | 1) Submit to search and seizure; 2) Not dissipate assets; 3) Provide access to financial information; 4) Not incur new credit charges, without approval; 5) Participate in correctional treatment program; 6) Participate in a program of testing; 7) Participate in co-payment plan; 8) Computer inspection; 9) DNA collection. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/04/2007 |
| **Assistant U.S. Attorney:** | Sheila K. Oberto      **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Mark A. Lizarraga      **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None |

**RE:    Matthew Tays**
       **Docket Number:  1:04CR05373-001 OWW**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1) Matthew Tays, as a special condition of supervision, shall reside at and participate in a Residential Re-Entry Center program under the community corrections component as approved by the probation officer, for a period not to exceed 120 days, or until discharged by the program director pursuant to 18 USC 3563(b)(11).

2) Matthew Tays, as a special condition of supervision, shall abstain from the use of alcohol.

**Justification:**    The releasee is presently being supervised in the Central District of California. On November 18, 2007, the releasee was arrested for driving under the influence of alcohol. The probation officer noted the releasee was compliant with all other supervision conditions and there were no other known violations of supervised release. The probation officer recommended the Court receive notification of the violation conduct and requested no formal action. However, prior to notifying the Court, the releasee was arrested on a second occasion for driving under the influence of alcohol. The arrest occurred on December 15, 2007, and the releasee is scheduled to appear in Los Angeles Superior Court on February 20, 2008.

Considering the releasee's continued violation conduct and apparent alcohol problem, it appears modifying his conditions of supervised release is appropriate. The above-noted modification will provide protection to the community and allow the releasee an opportunity to address his alcohol addiction in a secure environment. The releasee agrees to the requested modifications and has signed the attached Form 49, Waiver of Hearing document.

**RE:**   **Matthew Tays**
**Docket Number:  1:04CR05373-001 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,

/s/ Michael W. Armistead

**MICHAEL W. ARMISTEAD**
**Senior United States Probation Officer**
Telephone:  (559) 499-5700

**DATED:**   February 5, 2008
Fresno, California
MWA


**REVIEWED BY:**    /s/ Bruce A. Vasquez
**BRUCE A. VASQUEZ**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:**   **February 7, 2008**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE