DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW TAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:04-cr-05373 OWW |
| Plaintiff, | STIPULATION TO MODIFY TERM OF SENTENCE; ORDER THEREON |
| v. | |
| MATTHEW TAYS, | Date :   August 4, 2009 |
| Defendant. | Judge:   Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the term of two months of home detention ordered by the court be deleted.

As grounds for the modification, the parties agree that such a conversion would be in the interests of justice. Mr. Tays was sentenced on his revocation of Supervised Release on August 3, 2009. The Court ordered Mr. Tays to serve four months in custody followed by two months of home detention, with supervision to then terminate. However, upon consulting with Adrian Garcia of probation, they are unable to place Mr. Tays on home detention without continuing supervised release. Therefore, it is the request of defense counsel, joined by United States Attorney Sheila Oberto and Adrian Garcia of United States Probation, that the court modify the sentence on this case to delete the two months of home detention in the interests of justice.

///

///

|   |   |   |
|---|---|---|
| | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| DATED: August 4, 2009 | | /s/ Sheila Oberto<br>SHEILA OBERTO<br>United States Attorney |
| DATED: August 4, 2009 | | /s/ Adrian Garcia<br>Adrian Garcia<br>United States Probation |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 4, 2009 | | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>Matthew Tays |

**O R D E R**

IT IS SO ORDERED that the term of the supervised release revocation sentence that Mr. Tays serve two months of home detention be deleted.

IT IS SO ORDERED.

**Dated:   August 5, 2009**           /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE