DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW TAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:04-cr-05373 OWW |
| *Plaintiff,* | STIPULATION TO MODIFY TERM OF SENTENCE; |
| v. | ORDER THEREON |
| MATTHEW TAYS, | Date :     September 17, 2009 |
| *Defendant.* | Judge:    Hon.  Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the previously ordered date for Mr. Tays to surrender himself into the custody of the United States Marshal be changed from September 18, 2009, to November 13, 2009 by 2 p.m., either to the United States Marshal or the facility designated by the Bureau of Prisons.

　　　As grounds for the modification, the parties submit that the additional time is necessary to have Mr. Tays properly designated and placed.  Speaking with Susan Perry from the Marshal's Office, due to the timing of receiving the judgment, the additional two months is now requested so Mr. Tays' paperwork can be properly processed.  I also spoke with Adrian Garcia from the United States Probation Office who agrees with the change of turn in date.  All other terms of this court's judgment would remain the same.

///

///

///

|  |  |
|---|---|
|  | LAWRENCE G. BROWN<br>Acting United States Attorney |
| DATED: September 17, 2009 | /s/ Sheila Oberto<br>SHEILA OBERTO<br>United States Attorney |
|  |  |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 17, 2009 | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>Matthew Tays |

**O R D E R**

IT IS SO ORDERED that the surrender date for Mr. Tays to turn himself into the custody of the United States Marshal or the facility designated by the Bureau of Prisons be changed from September 18, 2009 to November 13, 2009 at 2 p.m.

IT IS SO ORDERED.

**Dated:   September 17, 2009**           /s/ Oliver W. Wanger
                                                                         UNITED STATES DISTRICT JUDGE

Tays - Stipulation to Modify Term of Sentence and Order Thereon

2