DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW TAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:04-cr-05373 OWW |
| *Plaintiff,* | STIPULATION TO MODIFY TERM OF SENTENCE; ORDER THEREON |
| v. | |
| MATTHEW TAYS, | Date : January 8, 2010<br>Judge: Hon. Oliver W. Wanger |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the previously ordered date for Mr. Tays to surrender himself into the custody of the United States Marshal be changed from November 13, 2009, to January 8, 2010 either to the United States Marshal or the facility designated by the Bureau of Prisons.

Previously, the court has granted our stipulation to extend Mr. Tays' turn in date to allow proper designation and placement by the Bureau of Prisons prior to his surrender date. Counsel was informed by Susan Perry from the Marshal's Office than an additional two months was necessary to complete the paperwork and so filed a stipulation for the November 13, 2009 turn in date. However, Mr. Tays requests that date be extended to January 8, 2010 at 2:00 p.m. to allow him to spend the holidays with his two minor children as well as continue his employment through the holiday period. In speaking with Adrian Garcia from the United States Probation Office, he has no objection to this request. All other terms of this court's judgment would remain the same.

```
                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

DATED: October 7, 2009                  /s/ Sheila Oberto
                                        SHEILA OBERTO
                                        United States Attorney



                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: October 7, 2009                  /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Matthew Tays
```

**O R D E R**

IT IS SO ORDERED that the surrender date for Mr. Tays to turn himself into the custody of the United States Marshal or the facility designated by the Bureau of Prisons be changed from November 13, 2009, to January 8, 2010 at 2 p.m.

IT IS SO ORDERED.

**Dated:   October 8, 2009**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

Tays - Stipulation to Modify Term
of Sentence and Order Thereon                   2